UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
DEC 14 2011



---

UNITED STATES OF AMERICA,   CR 11-30162

Plaintiff,

vs.                          INDICTMENT

                             ABUSIVE SEXUAL CONTACT

FRANKIE DELGADO,             18 U.S.C. §§ 7, 1152, 2244(b), &
                             2246(3)
Defendant.

---

The Grand Jury charges:

COUNT I:

On or about between the 1st day of March, 2011, and the 31st day of May, 2011, at the Indian Health Services Hospital in Eagle Butte, in the territorial jurisdiction of the United States, in the District of South Dakota, Frankie Delgado did knowingly, and without Tina Harris's permission, engage in sexual contact, that is, the intentional touching, either directly and through the clothing of Tina Harris's breast, with an intent to abuse, humiliate, harass and degrade Tina Harris, and to arouse and gratify his sexual desire, in violation of 18 U.S.C. §§ 7, 2244(b), and 2246(3).

COUNT II:

On or about between the 1st day of March, 2011, and the 31st day of May, 2011, at the Indian Health Services Hospital in Eagle Butte, in the

territorial jurisdiction of the United States, in the District of South Dakota, Frankie Delgado did knowingly, and without Tina Harris's permission, engage in sexual contact, that is, the intentional touching, either directly and through the clothing of Frankie Delgado's genitalia, with Tina Harris's hand, with an intent to abuse, humiliate, harass and degrade Tina Harris, and to arouse and gratify his sexual desire, in violation of 18 U.S.C. §§ 7, 2244(b), and 2246(3).

COUNT III:

On or about the 5th day of May, 2011, at Eagle Butte, in Indian Country, in the District of South Dakota, Frankie Delgado, did knowingly and without Keri Fischer's permission, engage in sexual contact, that is, the intentional touching, either directly and through the clothing of the genitalia, groin, and inner thigh of Keri Fischer, an Indian, with an intent to abuse, humiliate, harass and degrade Keri Fischer, and to arouse and gratify his sexual desire, in violation of 18 U.S.C. §§ 1152, 2244(b), and 2246(3).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By _____